| | |
|---|---|
| JOHN DOE | **CONSENT ORDER** |
| Plaintiff(s) | |
| v. | Case No.:  2:23-cv-00180 DJC AC |
| COUNTY OF SOLANO, ET AL. | |
| Defendant(s) | |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate."  See 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Magistrate Judge Allison Claire. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:23-CV-00180-AC.

DATED: April 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: April 26, 2023

*allison Claire*
THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE