Todd P. Emanuel (SBN 169301)
Pamela E. Glazner (SBN 247007)
EMANUEL LAW GROUP
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
todd@teinjurylaw.com
pam@teinjurylaw.com

Attorneys for Plaintiff
JOHN DOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>COUNTY OF SOLANO, ARMANDO ESPINOZA, and STEPHANIE M. GARCIA, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00180-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES** |

　　　Pursuant to Local Rules 143 and 137(b), plaintiff John Doe ("Plaintiff") and defendants County of Solano ("County"), Armando Espinoza and Stephanie Bachman (erroneously sued as Stephanie M. Garcia) (collectively, "Defendants") (all parties, collectively, the "Parties") stipulate as follows:

　　1. Plaintiff filed his complaint against Defendants on December 28, 2022 in the Superior Court of the State of California, County of Solano. Dkt. No. 1, Ex. A. The complaint included doe defendants.

　　2. Defendants removed the action to this Court on January 30, 2023. Dkt. No. 1.

　　3. The Court entered a scheduling order on June 23, 2023, which set August 31, 2023 as the deadline to join additional parties. Dkt. No. 15, p. 1:22-25.

　　4. On July 14, 2023, Plaintiff issued discovery to defendant County of Solano intended to assist

1  him with identifying doe defendants.  Plaintiff granted defendant County of Solano an extension of
2  time to respond to that discovery until August 28, 2023.

3    5.  The Parties have also been attempting to find a resolution to privacy concerns that Defendants
4  have raised and that they contend prevent Defendants from providing Plaintiff some of the requested
5  information.

6    6.  The deadline for joining additional parties should be extended until September 29, 2023 to
7  permit Plaintiff time to review defendant County of Solano's discovery responses in the event they
8  disclose the identity of individuals that the complaint currently identifies as doe defendants and to
9  allow the Parties additional time to address privacy concerns Defendants have raised.

10         It is so stipulated.

12  Dated: August 16, 2023                             EMANUEL LAW GROUP

14                                        By:  /s/ *Pamela E. Glazner*
15                                               Pamela E. Glazner
                                                 Attorneys for Plaintiff JOHN DOE

17  Dated: August 16, 2023                             HAWKINS PARNELL & YOUNG, LLP

19                                        By:  /s/ *Danielle K. Lewis* (authorized on August 16, 2023)
20                                               Danielle K. Lewis
                                                 Attorneys for Defendants COUNTY OF
21                                               SOLANO, ARMANDO ESPINOZA and
                                                 STEPHANIE BACHMAN (erroneously sued as
22                                               STEPHANIE M. GARCIA)

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor, hereby orders that the deadline for joining additional parties is extended to September 29, 2023.

IT IS SO ORDERED.

DATED: August 16, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE