Todd P. Emanuel (SBN 169301)
Pamela E. Glazner (SBN 247007)
EMANUEL LAW GROUP
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
todd@teinjurylaw.com
pam@teinjurylaw.com

Attorneys for Plaintiff
JOHN DOE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br>    v.<br><br>COUNTY OF SOLANO, ARMANDO ESPINOZA, and STEPHANIE M. GARCIA, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-00180-AC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES** |

Pursuant to Local Rules 143 and 137(b), plaintiff John Doe ("Plaintiff") and defendants County of Solano ("County"), Armando Espinoza and Stephanie Bachman (erroneously sued as Stephanie M. Garcia) (collectively, "Defendants") (all parties, collectively, the "Parties") stipulate as follows:

1. Plaintiff filed his complaint against Defendants on December 28, 2022 in the Superior Court of the State of California, County of Solano. Dkt. No. 1, Ex. A. The complaint included doe defendants.

2. Defendants removed the action to this Court on January 30, 2023. Dkt. No. 1.

3. The Court entered a scheduling order on June 23, 2023, which set August 31, 2023 as the deadline to join additional parties. Dkt. No. 15, p. 1:22-25.

4. On July 14, 2023, Plaintiff issued discovery to defendant County of Solano intended to assist

him with identifying doe defendants.  Plaintiff granted defendant County of Solano an extension of time to respond to that discovery until August 28, 2023.

5.  On August 16, 2023, pursuant to the Parties' stipulation, the Court extended the deadline for joining additional parties by 32 days to September 29, 2023.  This extension was granted to permit Plaintiff time to review defendant County of Solano's discovery responses in the event they disclosed the identity of individuals that the complaint currently identifies as doe defendants and to allow the Parties additional time to address privacy concerns Defendants have raised and which they contend prevents them from providing certain information Plaintiff has requested in discovery.

6.  Plaintiff's counsel has been reviewing the discovery responses of defendant County of Solano, including a lengthy document production.  Based on this review, Plaintiff's counsel believes additional information is necessary, most likely through one or more depositions of the person(s) most knowledgeable at defendant County of Solano, to understand certain jail processes and to gather information in the event that that additional discovery discloses the identity of individuals that the complaint currently identifies as doe defendants.

7.  The Parties have also been attempting to find a resolution to privacy concerns that Defendants have raised and that they contend prevent Defendants from providing Plaintiff some of the requested information.

8.  The deadline for joining additional parties should be extended a second time, for 45 days, until November 13, 2023.  This extension will allow time to schedule and conduct the depositions of the person(s) most knowledgeable at defendant County of Solano and/or to conduct other discovery primarily directed at identifying doe defendants, and also to attempt to resolve the privacy concerns that Defendants contend prevent them from providing certain information requested in discovery.

It is so stipulated.

Dated: September 27, 2023                                           EMANUEL LAW GROUP


By: /s/ *Pamela E. Glazner*
Pamela E. Glazner
Attorneys for Plaintiff JOHN DOE

Second Stipulation and [Proposed] Order Continuing Deadline to Add Parties        Case No. 2:23-cv-00180-AC

| | | |
|---|---|---|
| 1 | Dated: September 27, 2023 | HAWKINS PARNELL & YOUNG, LLP |

By:   /s/ *Danielle K. Lewis* (authorized on 09/27/2023)
        Danielle K. Lewis
        Attorneys for Defendants COUNTY OF SOLANO, ARMANDO ESPINOZA and STEPHANIE BACHMAN (erroneously sued as STEPHANIE M. GARCIA)

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor, hereby orders that the deadline for joining additional parties is extended to November 13, 2023.

IT IS SO ORDERED.

DATED: September 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE