Todd P. Emanuel (SBN 169301)
Pamela E. Glazner (SBN 247007)
EMANUEL LAW GROUP
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
todd@teinjurylaw.com
pam@teinjurylaw.com

Attorneys for Plaintiff
JOHN DOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br>v.<br><br>COUNTY OF SOLANO, ARMANDO ESPINOZA, and STEPHANIE M. GARCIA, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00180-AC<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES** |

Pursuant to Local Rules 143 and 137(b), plaintiff John Doe ("Plaintiff") and defendants County of Solano ("County"), Armando Espinoza and Stephanie Bachman (erroneously sued as Stephanie M. Garcia) (collectively, "Defendants") (all parties, collectively, the "Parties") stipulate as follows:

1. Plaintiff filed his complaint against Defendants on December 28, 2022 in the Superior Court of the State of California, County of Solano. Dkt. No. 1, Ex. A. The complaint included doe defendants.

2. Defendants removed the action to this Court on January 30, 2023. Dkt. No. 1.

3. The Court entered a scheduling order on June 23, 2023, which set August 31, 2023 as the deadline to join additional parties. Dkt. No. 15, p. 1:22-25.

4. On July 14, 2023, Plaintiff issued discovery to defendant County of Solano intended to assist

1  him with identifying doe defendants.  Plaintiff granted defendant County of Solano an extension of
2  time to respond to that discovery until August 28, 2023.

3      5.  On August 16, 2023, pursuant to the Parties' stipulation, the Court extended the deadline for
4  joining additional parties to September 29, 2023.  This extension was granted to permit Plaintiff time
5  to review defendant County of Solano's discovery responses in the event they disclosed the identity of
6  individuals that the complaint currently identifies as doe defendants and to allow the Parties additional
7  time to address privacy concerns Defendants have raised and which they contend prevents them from
8  providing certain information Plaintiff has requested in discovery.

9      6.  On September 28, 2023, the Court entered an order pursuant to the Parties' second stipulation
10 to extend the deadline for joining additional parties to November 13, 2023.  The extension was granted
11 to permit Plaintiff's counsel time to review the discovery responses of defendant County of Solano,
12 including a lengthy document production, and to permit the deposition of one or more person(s) most
13 knowledgeable at defendant County of Solano in order for Plaintiff to understand certain jail processes
14 and to gather information in the event that that additional discovery discloses the identity of
15 individuals that the complaint currently identifies as doe defendants.

16     7.  On October 12, 2023, Plaintiff's counsel provided a detailed meet and confer letter regarding
17 the County's discovery responses.  On that date, Plaintiff also issued a notice of deposition pursuant to
18 Federal Rule of Civil Procedure 30(b)(6) for November 2, 2023.  Counsel for the Parties met and
19 conferred by telephone on November 1, 2023 regarding these discovery issues.  The Parties are
20 attempting to re-schedule the noticed Rule 30(b)(6) for mid-November.

21     8.  The deadline for joining additional parties should be extended a third time, for 45 days, until
22 December 28, 2023.  This extension will allow time to schedule and conduct the deposition of the
23 person(s) most knowledgeable at defendant County of Solano and/or to conduct other discovery
24 primarily directed at identifying doe defendants, and also to attempt to resolve the privacy concerns
25 that Defendants contend prevent them from providing certain information requested in discovery.

26     It is so stipulated.
27 //
28 //

| | | |
|---|---|---|
| Dated: November 6, 2023 | | EMANUEL LAW GROUP |

By:  /s/ *Pamela E. Glazner*
　　　Pamela E. Glazner
　　　Attorneys for Plaintiff JOHN DOE

Dated: November 6, 2023　　　　　　　　HAWKINS PARNELL & YOUNG, LLP

By:  /s/ *Danielle K. Lewis* (authorized on 11/6/2023)
　　　Danielle K. Lewis
　　　Attorneys for Defendants COUNTY OF
　　　SOLANO, ARMANDO ESPINOZA and
　　　STEPHANIE BACHMAN (erroneously sued as
　　　STEPHANIE M. GARCIA)

Third Stipulation and [Proposed] Order Continuing Deadline to Add Parties　　　Case No. 2:23-cv-00180-AC

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor, hereby orders that the deadline for joining additional parties is extended to December 28, 2023.

IT IS SO ORDERED.

DATED: November 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE