Todd P. Emanuel (SBN 169301)
Pamela E. Glazner (SBN 247007)
EMANUEL LAW GROUP
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
todd@teinjurylaw.com
pam@teinjurylaw.com

Attorneys for Plaintiff
JOHN DOE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br>     v.<br><br>COUNTY OF SOLANO, et al.,<br><br>           Defendants. | Case No. 2:23-cv-00180-AC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING NON-TRIAL DEADLINES** |

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and Eastern District of California Local Rules 143, plaintiff John Doe ("Plaintiff") and defendants County of Solano, Armando Espinoza, Stephanie Bachman, Jose Naranjo, Aaron Neisingh, Anthony Posadas, and Scott Smyth (collectively, "Defendants") (all parties, collectively, the "Parties") stipulate as follows:

1. Plaintiff filed his complaint against defendants County of Solano, Armando Espinoza and Stephanie Bachman (originally "Stephanie M. Garcia") on December 28, 2022 in the Superior Court of the State of California, County of Solano.  Dkt. No. 1, Ex. A.  The complaint included doe defendants.

2. Defendants removed the action to this Court on January 30, 2023.  Dkt. No. 1.

3. The Court entered a scheduling order on June 23, 2023.  Dkt. No. 15.

4. After discovery aimed at identifying doe defendants, by stipulation and with the Court's permission, Plaintiff filed a first amended complaint on January 3, 2024. Dkt. No. 28.

5. Pursuant to the stipulation of the Parties, on March 4, 2024, the Court continued the trial date to May 12, 2025 and also continued the attendant deadlines. Dkt. No. 38.

6. Since this lawsuit was initiated, Plaintiff's counsel has been retained by four additional alleged victims of sexual assault perpetrated Solano County Jail inmate Kurt Alan DaSilva, the same person who Plaintiff alleges sexually assaulted him in the Solano County Jail.

7. The Parties have been meeting and conferring regarding whether it may be possible to reach a global settlement of this case and the nascent cases of the four additional alleged victims. Additional time is necessary to explore this possibility, and to complete the remaining fact and expert discovery if settlement appears unlikely. Therefore, the Parties believe it is prudent and in the interest of economy to continue the non-trial deadlines by approximately three months.

8. The Parties propose the following continued schedule:

| Event | Date |
| --- | --- |
| Motions to Compel Heard Not Later Than | January 22, 2025 |
| Discovery Completed | February 3, 2025 |
| All Non-Discovery Law and Motion | February 26, 2025 |
| Initial Expert Disclosures | February 17, 2025 |
| Rebuttal Expert Disclosures | March 19, 2025 |
| Final Pretrial Conference | April 9, 2025 (unchanged) |
| Jury Trial | May 12, 2025 (unchanged) |

It is so stipulated.

Dated: September 26, 2024            EMANUEL LAW GROUP

By:  /s/ *Pamela E. Glazner*
       Pamela E. Glazner
       Attorneys for Plaintiff JOHN DOE

Second Stipulation and [~~Proposed~~] Continuing Non-Trial Deadlines            Case No. 2:23-cv-00180-AC

Dated: September 27, 2024                    HAWKINS PARNELL & YOUNG, LLP

By:  /s/ *Danielle K. Lewis* (authorized on 9/27/2024)
Danielle K. Lewis
Attorneys for Defendants COUNTY OF SOLANO, ARMANDO ESPINOZA and STEPHANIE BACHMAN, JOSE NARANJO, AARON NEISINGH, ANTHONY POSADAS, and SCOTT SMYTH

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor, hereby orders as follows:

1. All discovery shall be completed by February 3, 2025. Motions to compel must be heard no later than January 22, 2025.

2. Initial expert disclosures shall be made on or before    February 17, 2025   ; rebuttal expert disclosures on or before March 19, 2025.

3. All law and motion, except as to discovery, shall be completed as described in the Court's original June 23, 2023 Pretrial Scheduling Order (Dkt. No. 15.) on or before   February 26, 2025    .

4. The final pretrial conference date of April 9, 2025 and the jury trial date of May 12, 2025 remain unchanged.

5. Failure to comply with the terms of this order may result in the imposition of monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

IT IS SO ORDERED.

DATED: September 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Second Stipulation and [~~Proposed~~] Continuing Non-Trial Deadlines         Case No. 2:23-cv-00180-AC